WETTER ET AL. *v.* CITY OF INDIANAPOLIS ET AL.

No. 895.   Decided January 22, 1968.

*Edward H. Knight* and *Richard M. Givan* for appellants.

*Harry T. Ice* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

---

BOGART *v.* STATE BAR OF CALIFORNIA ET AL.

No. 806, Misc.   Decided January 22, 1968.

*Peter D. Bogart,* appellant, *pro se.*

*Homer I. Mitchell* and *F. La Mar Forshee* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.